**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                              Case No. 14-35155-EPK

ABYSS MARITIME, INC.                                 Chapter 7 Processing

              Debtor(s)

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

    The trustee herein files this Notice of Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on **04/13/2018**. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. [special] 347(a) and Local Rule 311.

Date: 04/13/2018

                                                           By: /s/Robert C. Furr, Trustee

                                                           Robert C. Furr, Trustee, Trustee
                                                           2255 Glades Road, Suite 337W
                                                           Boca Raton, FL 33431
                                                            Telephone: (561) 395-1840
                                                           Facsimile: (561) 338-7532
                                                           Email: trustee@furrtrustee.com

## CLAIMS DISTRIBUTION REGISTER
CASE: 14-35155-EPK   ABYSS MARITIME, INC.

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 01/25/2018 | Robert C. Furr, Trustee<br>2255 Glades Road, Suite 337W<br>Boca Raton , FL 33431 | 2100-000 | $22,050.00 | $22,050.00 | $17,775.11 | $4,274.89 | $.00 |
| | | NOTES: | | | | | | |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for Trustee Compensation** | | | | $22,050.00 | $22,050.00 | $17,775.11 | $4,274.89 | $0.00 |
| **Trustee Expenses** | | | | | | | | |
| | 01/25/2018 | Robert C. Furr, Trustee<br>2255 Glades Road, Suite 337W<br>Boca Raton , FL 33431 | 2200-000 | $170.27 | $170.27 | $137.26 | $33.01 | $.00 |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for Trustee Expenses** | | | | $170.27 | $170.27 | $137.26 | $33.01 | $0.00 |
| **U. S. Trustee Quarterly Fees** | | | | | | | | |
| 15 | 02/11/2016 | Office of the United States Trustee<br>51 SW First Avenue, Room 1204<br>Miami , FL 33130 | 2950-000 | $649.22 | $649.22 | $523.35 | $125.87 | $.00 |
| | | NOTES: (15-1) Pre-Conversion Chapter 11 UST Quarterly Fees under Chapter 123 of title 28. | | | | | | |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for U. S. Trustee Quarterly Fees** | | | | $649.22 | $649.22 | $523.35 | $125.87 | $0.00 |
| **Attorney for Trustee Fees (Trustee** | | | | | | | | |
| | 08/19/2016 | Furr and Cohen PA<br>2255 Glades Road<br>Suite 337W<br>Boca Raton , FL 33431 | 3110-000 | $79,225.00 | $79,225.00 | $63,865.46 | $15,359.54 | $.00 |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for Attorney for Trustee Fees (Trustee** | | | | $79,225.00 | $79,225.00 | $63,865.46 | $15,359.54 | $0.00 |
| **Attorney for Trustee Expenses (Trus** | | | | | | | | |
| | 08/19/2016 | Furr and Cohen PA<br>2255 Glades Road<br>Suite 337W<br>Boca Raton , FL 33431 | 3120-000 | $895.78 | $895.78 | $722.11 | $173.67 | $.00 |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for Attorney for Trustee Expenses (Trus** | | | | $895.78 | $895.78 | $722.11 | $173.67 | $0.00 |
| **Accountant for Trustee Fees (Other** | | | | | | | | |
| | 01/25/2018 | Kapila Mukamal LLP<br>1000 South Federal Highway<br>Fort Lauderdale , FL 33316 | 3410-000 | $4,992.20 | $4,992.20 | $4,024.35 | $967.85 | $.00 |
| **Percent Paid:** | | | 80.61% | | | | | |
| **Total for Accountant for Trustee Fees (Other** | | | | $4,992.20 | $4,992.20 | $4,024.35 | $967.85 | $0.00 |
| **Accountant for Trustee Expenses (Ot** | | | | | | | | |
| | 01/25/2018 | Kapila Mukamal LLP<br>1000 South Federal Highway | 3420-000 | $100.14 | $100.14 | $80.73 | $19.41 | $.00 |

Fort Lauderdale , FL 33316

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 80.62% | | | | |
| **Total for Accountant for Trustee Expenses (Ot** | | | | $100.14 | $100.14 | $80.73 | $19.41 | $0.00 |
| **Real Estate - Consensual Liens** | | | | | | | | |
| 10 | 02/12/2015 | | 4110-000 | $1,100,946.66 | $.00 | $.00 | $.00 | $.00 |
| | | Beyel Brothers Inc.<br>P.O. Box 236246<br>Cocoa , FL 32923-6246 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claim - ECF#274 - Disallowed. | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| 12 | 03/27/2015 | | 4110-000 | $11,854,945.00 | $.00 | $.00 | $.00 | $.00 |
| | | Noranda Aluminum, Inc.<br>c/o Keith T. Appleby, Esq.<br>Banker Lopez Gassler P.A.<br>501 E. Kennedy Blvd.<br>Suite 1500<br>Tampa , FL 33602 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claims - ECF#275 | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| 14 | 12/11/2015 | | 4110-000 | $361,127.05 | $.00 | $.00 | $.00 | $.00 |
| | | C. Norris Manufacturing, LLC<br>c/o Sam O Simmerman, Esq.<br>PO Box 36963<br>Canton , OH 44735 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claims - ECF#286 | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| **Total for Real Estate - Consensual Liens** | | | | $13,317,018.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claims of Governmental Units - 507(** | | | | | | | | |
| 3 | 12/02/2014 | | 5800-000 | $547.22 | $547.22 | $.00 | $547.22 | $.00 |
| | | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee , FL 32314-6668 | | | | | | |
| | | **NOTES:** (3-1) REEMPLOYMENT ASSISTANCE TAX claim | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| 4 | 12/02/2014 | | 5800-000 | $3,906.24 | $3,906.24 | $.00 | $3,906.24 | $.00 |
| | | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee , FL 32314-6668 | | | | | | |
| | | **NOTES:** (4-1) SALES AND USE TAX claim | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| 8 | 12/11/2014 | | 5800-000 | $109,750.00 | $109,750.00 | $.00 | $109,750.00 | $.00 |
| | | Internal Revenue Service<br>7850 SW 6th Court<br>M/S 5730<br>Plantation , FL 33324-2032 | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| **Total for Claims of Governmental Units - 507(** | | | | $114,203.46 | $114,203.46 | $0.00 | $114,203.46 | $0.00 |
| **Attorney for D-I-P Fees (Chapter 11** | | | | | | | | |
| | 08/25/2016 | | 6210-160 | $47,821.00 | $22,821.00 | $.00 | $22,821.00 | $.00 |
| | | Demetrios C. Kirkiles Esq.<br>1619 South Andrews Avenue<br>Fort Lauderdale , FL 33316 | | | | | | |
| | | **NOTES:** Order Awarding Final Fees and Costs entered 08/23/16 ECF#254; $25,000 Retainer Received. | | | | | | |
| **Percent Paid:** | | | 0.00% | | | | | |
| **Total for Attorney for D-I-P Fees (Chapter 11** | | | | $47,821.00 | $22,821.00 | $0.00 | $22,821.00 | $0.00 |
| **Special Counsel Fees (Chapter 11)** | | | | | | | | |
| | 08/25/2016 | | 6210-600 | $104,171.10 | $104,171.10 | $.00 | $104,171.10 | $.00 |

Matthew J. Valcourt Esq.
850 N.E. Third Street
Suite 208
Dania Beach , FL 33004

**NOTES:** Order Awarding Final Fees and Costs entered 08/23/16 ECF#256

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| **Total for Special Counsel Fees (Chapter 11)** | | | $104,171.10 | $104,171.10 | $0.00 | $104,171.10 | $0.00 |
| **Attorney for D-I-P Expenses (Chapte** | | | | | | | |
| | 08/25/2016 | | 6220-170 | $2,017.00 | $2,017.00 | $.00 | $2,017.00 | $.00 |

Demetrios C. Kirkiles Esq.
1619 South Andrews Avenue
Fort Lauderdale , FL 33316

**NOTES:** Order Awarding Final Fees and Costs entered 08/23/16 ECF#254

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| **Total for Attorney for D-I-P Expenses (Chapte** | | | $2,017.00 | $2,017.00 | $0.00 | $2,017.00 | $0.00 |
| **Accountant for Trustee/D-I-P Fees (** | | | | | | | |
| | 08/25/2016 | | 6410-000 | $8,181.25 | $8,181.25 | $.00 | $8,181.25 | $.00 |

Earl A. Wald PA
11420 North Kendall Drive
Suite 203
Miami , FL 33176

**NOTES:** Order Awarding Final Fees and Costs entered 08/23/16 ECF#255

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| **Total for Accountant for Trustee/D-I-P Fees (** | | | $8,181.25 | $8,181.25 | $0.00 | $8,181.25 | $0.00 |
| **Other Prior Chapter Administrative** | | | | | | | |
| 13 | 09/17/2015 | | 6990-000 | $240,000.00 | $.00 | $.00 | $.00 | $.00 |

Foss Maritime Co
1151 Fairview Ave N
Seattle , WA 98109

**NOTES:** Order Sustaining Objection to Claims - ECF#276

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| **Total for Other Prior Chapter Administrative** | | | $240,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **General Unsecured 726(a)(2)** | | | | | | | |
| 1 | 11/24/2014 | | 7100-000 | $7,684.04 | $7,684.04 | $.00 | $7,684.04 | $.00 |

W W Grainger Inc
Attn: Spec Coll Dept
7300 N Melvina
Niles , IL 60714

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| 2 | 11/26/2014 | | 7100-000 | $98,940.24 | $98,940.24 | $.00 | $98,940.24 | $.00 |

Liebherr Mining&#038;
Construction Equipment Inc.,
d/b/a Liebherr Mining Equipment
Newport News Co.
and Liebherr Construction
Equipment Co.
c/o Gene D. Lipscher, Esquire
1025 West Indiantown Road,
Suite 106
Jupiter , FL 33458

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| 3b | 07/06/2017 | | 7100-000 | $23.07 | $23.07 | $.00 | $23.07 | $.00 |

State of Florida - Department of
Revenue
Post Office Box 6668
Tallahassee , FL 32314-6668

**NOTES:** (3-1) REEMPLOYMENT ASSISTANCE TAX claim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Percent Paid:** | | | 0.00% | | | | |
| 4b | 07/06/2017 | | 7100-000 | $17.98 | $17.98 | $.00 | $17.98 | $.00 |

State of Florida - Department of
Revenue
Post Office Box 6668

| # | Date | Claimant | Code | Amount | Allowed | Paid | Balance | |
|---|---|---|---|---|---|---|---|---|
| | | Tallahassee , FL 32314-6668 | | | | | | |
| | | **NOTES:** (4-1) SALES AND USE TAX claim | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 5 | 12/02/2014 | | 7100-000 | $5,000.00 | $5,000.00 | $.00 | $5,000.00 | $.00 |
| | | RLI Insurance Company<br>9025 N Linbergh Dr<br>Peoria , IL 61615-1431 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 6 | 12/02/2014 | | 7100-000 | $98,940.24 | $.00 | $.00 | $.00 | $.00 |
| | | Liebherr Mining & Construction Equipment Inc.<br>c/o Gene D. Lipscher, Esquire<br>1025 West Indiantown Road<br>Suite 106<br>Jupiter , FL 33458 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claims - Disallowed - ECF#273 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 7 | 12/08/2014 | | 7100-000 | $26,925.00 | $26,925.00 | $.00 | $26,925.00 | $.00 |
| | | Herndon Brothers Inc<br>POB 393<br>Baldwin , FL 32234 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 9 | 01/30/2015 | | 7100-000 | $1,993.00 | $1,993.00 | $.00 | $1,993.00 | $.00 |
| | | American Bureau of Shipping<br>Legal Dept (Bankruptcies)<br>16855 Northchase Dr<br>Houston , TX 77060 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 11 | 03/16/2015 | | 7100-000 | $.00 | $.00 | $.00 | $.00 | $.00 |
| | | Navar, Inc.<br>c/o Daniel F. Blanks, Esq.<br>McGuireWoods LLP<br>50 N. Laura Street, Suite 3300<br>Jacksonville , FL 32202 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claims - ECF#275 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 16 | 02/19/2016 | | 7100-000 | $200.00 | $200.00 | $.00 | $200.00 | $.00 |
| | | Care Plus Solutions, Inc.<br>64 Vernon Drive<br>Scarsdale , NY 10583 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 17 | 05/23/2016 | | 7100-000 | $1,455,353.76 | $1,455,353.76 | $.00 | $1,455,353.76 | $.00 |
| | | Beyel Brothers Inc.<br>P.O. Box 236246<br>Cocoa , FL 32923-6246 | | | | | | |
| | | **NOTES:** Order Sustaining Objection to Claims - ECF#274 | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| **Total for General Unsecured 726(a)(2)** | | | | **$1,695,077.33** | **$1,596,137.09** | **$0.00** | **$1,596,137.09** | **$0.00** |
| **Fines, Penalties 726(a)(4)** | | | | | | | | |
| 3a | 12/02/2014 | | 7300-000 | $100.00 | $100.00 | $.00 | $100.00 | $.00 |
| | | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee , FL 32314-6668 | | | | | | |
| | | **NOTES:** (3-1) REEMPLOYMENT ASSISTANCE TAX claim | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 4a | 12/02/2014 | | 7300-000 | $490.62 | $490.62 | $.00 | $490.62 | $.00 |
| | | State of Florida - Department of Revenue<br>Post Office Box 6668 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Tallahassee , FL 32314-6668 | | | | | |
| | | **NOTES:** (4-1) SALES AND USE TAX claim | | | | | |
| **Percent Paid:** | | | **0.00%** | | | | |
| 8a | 12/11/2014 | | 7300-000 | $25,383.54 | $25,383.54 | $.00 | $25,383.54 | $.00 |
| | | Internal Revenue Service
7850 SW 6th Court
M/S 5730
Plantation , FL 33324-2032 | | | | | |
| **Percent Paid:** | | | **0.00%** | | | | |
| **Total for Fines, Penalties 726(a)(4)** | | | | $25,974.16 | $25,974.16 | $0.00 | $25,974.16 | $0.00 |
| **Case Totals** | | | | $15,662,546.62 | $1,981,587.67 | $87,128.37 | $1,894,459.30 | $.00 |